In the Matter of Melese M. Miller, a Minor Child. Dorothy E. Miller, Appellant; Wilbur B. Miller, Respondent. — Order modified on the facts by

awarding custody of the infant to the paternal grandparents and as modified affirmed, without costs of this appeal to any party. Certain findings of fact modified and certain conclusion of law disapproved and reversed. All concur. (The order determines the custody of an infant child.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.